UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **DENNIS RAY DAVIS, JR.** | **CIVIL ACTION NO. 17-531-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **SHREVEPORT POLICE DEPARTMENT, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff and Plaintiff's motion for a "Writ of Mandamus [and] Demand for Jury-Trial on Triable Issue of False Imprisonment," and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims seeking monetary damages for his allegedly unconstitutional convictions, sentences, and revocations be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met. **IT IS FURTHER ORDERED** that Plaintiff's remaining civil rights claims be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). **IT IS FURTHER ORDERED** that this action—insofar as it seeks the dismissal of the criminal convictions, sentences, revocations and his immediate release—be **DISMISSED** for failing to state a claim for which relief may be granted pursuant to Section 1983. The

1

Court construes Plaintiff's motion for a "Writ of Mandamus [and] Demand for Jury-Trial on Triable Issue of False Imprisonment" [Record Document 67] as an objection to the Report and Recommendation and **DENIES** the motion for the reasons it adopts the Report and Recommendation.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this \_\_\_\_ 17th day of March, 2021.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE